1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9   ERIC ELTON,

10        Plaintiff,                          Case No. 2:12-cv-01753-PMP-VCF

11   vs.                                      **ORDER**

12   NASH, et al.,

13        Defendants.

14

15        Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28

16   U.S.C. § 1915(h), has submitted an application to proceed in forma pauperis (#1) and a civil rights

17   complaint pursuant to 42 U.S.C. § 1983.  The court dismisses this action because plaintiff did not

18   include with his application (#1) a financial certificate and a copy of his inmate account statement,

19   as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

20        IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is

21   **DENIED** without prejudice.

22        IT IS FURTHER ORDERED that the clerk of the court shall send plaintiff a blank form for

23   an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights

24   complaint form with instructions.

25   ///

26   ///

27   ///

28   ///

-2-

1    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's

2  commencement of a new action in which he either pays the filing fee in full or submits a complete

3  application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a

4  statement of his inmate account.  The clerk of the court shall enter judgment accordingly.

5    DATED:  November 5, 2012.

6

7    _____

     PHILIP M. PRO

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28